# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ALLEN GENTRY and**                                                              **PLAINTIFFS**
**PAMELA GENTRY**

**v.**              **CASE NO. 4:17-CV-00122-BSM**

**JOHN AMMONS, et al.**                                                     **DEFENDANTS**

## ORDER

Consistent with the parties' stipulation for dismissal [Doc. No. 17], this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of January 2019.

                                                                        /s/ Brian S. Miller
                                                     UNITED STATES DISTRICT JUDGE