IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLEN GENTRY and                                                    PLAINTIFFS
PAMELA GENTRY

v.                      CASE NO. 4:17-CV-00122-BSM

JOHN AMMONS, et al.                                                 DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. The parties will bear their own costs.

IT IS SO ORDERED this 9th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE